ALBERT DRAPER, *Appellant, v.* SARAH BEADEL and others, *Respondents.* — Judgment affirmed, with costs. Opinion by CULLEN, J.

FRANKLIN HORTON, *Respondent, v.* ALGERNON S. SULLIVAN, *as Public Administrator, etc., Appellant.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

SAME *v.* SAME. — Appeal from order denying new trial for newly discovered evidence dismissed, without costs. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

ALEXANDER C. MORRISON, *Appellant, v.* BENJAMIN F. TRACY, *Respondent.* — Part of order requiring security for costs affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

SAME *v.* SAME. — Order refusing leave to renew motion to open default affirmed, without costs. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

FREDERICK R. JORGENSEN, *Respondent v.* HORACE K. THURBER, *Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by DYKMAN, J.; CULLEN, J., not sitting.

FREDERICK R. JORGENSEN, *Appellant v.* HORACE K. THURBER, *Respondent.* — Appeal from part of judgment which disallows interest before commencement of action dismissed, without costs. Opinion by DYKMAN, J.; CULLEN, J., not sitting.

JAMES K. O. SHERWOOD, *Respondent, v.* THE TRADESMEN'S NATIONAL BANK, *Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by CULLEN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* J. CONLON, *v.* JAMES JOURDAN, *Police Commissioner.* — Order dismissing relator from police force affirmed, with twenty-five dollars costs. Opinion by BARNARD, P. J.

CHARLES H. ROOSEVELT, *v.* THE VILLAGE OF NEW ROCHELLE. — Motion denied, without costs.

IN THE MATTER OF THE SETTLEMENT OF JAMES HUGHES' ACCOUNTS AS ADMINISTRATOR, ETC. — Decree of surrogate affirmed, with costs to be paid out of estate. Opinion by DYKMAN, J.

JEANNETTE WEIR, *Respondent, v.* CHARLES JOHNSON and another, *Appellants.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; CULLEN, J., not sitting.

ALFRED F. DUNHAM, *Respondent, v.* EDMOND GRISWOLD, *Appellant.*— Judgment and order denying new trial affirmed, with costs. Opinion by CULLEN, J.; BARNARD, P. J., not sitting.

HORACE B. CLAFLIN and others, *Respondents, v.* GEORGE HUBER, *Appellant.* — Judgment and order denying defendants' motion for judgment and order denying new trial on minutes affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., dissenting